Alan S. Baskin #013155
Mladen Milovic #035560
**WEISS BROWN**
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
Telephone No. 480-327-6650
Email: alan@weissbrown.com
           mladen@weissbrown.com
*Attorneys Plaintiff John V. Feneck*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John V. Feneck, | **Case No. CV-23-01473-PHX-ROS** |
| Plaintiff, | **NOTICE OF SERVICE** |
| vs. | |
| SBHU Life Agency, Inc., | |
| Defendant. | |

Plaintiff John V. Feneck hereby gives notice that the Order regarding Rule 12(b) Motions filed on August 10, 2023 (Dkt. 9) was served on defendant SBHU Life Agency, Inc. by hand-delivery upon its statutory agent CT Corporation System on August 18, 2023.

RESPECTFULLY SUBMITTED this 21st day of August, 2023.

WEISS BROWN

By: */s/ Mladen Milovic*
Alan Baskin
Mladen Milovic
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
*Attorneys for Plaintiff John V. Feneck*

{WB871800v1 }

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

_/s/ Cristina McDonald_