Alan S. Baskin #013155
Alexander H. Park #036869
Raynee Clemente #037970
**WEISS BROWN**
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
Telephone No. 480-327-6650
Email: alan@weissbrown.com
      alex.park@weissbrown.com
      raynee@weissbrown.com
*Attorneys Plaintiff John V. Feneck*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John V. Feneck,<br><br>             Plaintiff,<br><br>vs.<br><br>SBHU Life Agency, Inc.,<br><br>             Defendant. | **Case No. CV-23-01473-PHX-ROS**<br><br>**PLAINTIFF'S NOTICE OF SERVICE** |

Pursuant to LRCiv 5.2, plaintiff John V. Feneck gives notice that he served his Initial Rule 26(a)(1) Disclosure Statement on counsel of record by electronic mail on February 7, 2025.

RESPECTFULLY SUBMITTED this 7th day of February, 2025.

                                                WEISS BROWN

                                        By: */s/ Alexander H. Park*
                                            Alan Baskin
                                            Alexander H. Park
                                            Raynee Clemente
                                            6263 N. Scottsdale Road, Suite 340
                                            Scottsdale, Arizona 85250
                                            *Attorneys for Plaintiff John V. Feneck*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Patricia V. Waterkotte
Zoey Kotzambasis
RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 N. Swan Rd., Suite 151
Tucson, AZ  85718
pwaterkotte@rllaz.com
zkotzambasis@rllaz.com

*Attorneys for Defendant SBHU Life Agency, Inc.*

 /s/ Cristina McDonald

**WEISS BROWN**
6263 N. SCOTTSDALE ROAD STE. 340
SCOTTSDALE, ARIZONA 85250
480.327.6650

2

4917-5794-7927, v. 1