**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
pwaterkotte@rllaz.com
zkotzambasis@rllaz.com

Patricia V. Waterkotte
State Bar No. 029231
Zoey Kotzambasis
State Bar No. 034607
*Attorneys for Defendant, SBHU Life Agency, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| John V. Feneck,<br><br>                    Plaintiff,<br><br>vs.<br><br>SBHU Life Agency, Inc.,<br><br>                    Defendant. | Case No. 2:23-cv-01473-ROS<br><br>**NOTICE OF SERVICE OF DISCLOSURE**<br><br>(Assigned to Hon. Roslyn O. Silver) |

Pursuant to LRCiv 5.2, Defendant SBHU Life Agency, Inc. ("SBHU"), by and through undersigned counsel, hereby gives notice that it served a copy of SBHU's Rule 26(a)(1) Initial Disclosures on February 7, 2025, upon counsel for Plaintiff John V. Feneck via electronic mail.

DATED this February 7, 2025.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Patricia V. Waterkotte*
Patricia V. Waterkotte
Zoey Kotzambasis
*Attorneys for Defendant, SBHU Life Agency, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this February 7, 2025 via Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to the following CM/ECF registrants:

**WEISS BROWN**
Alan S. Baskin
alan@weissbrown.com
Raynee Clemente
raynee@weissbrown.com
Alexander H. Park
alex.park@weissbrown.com
6263 N. Scottsdale Rd., Ste. 340
Scottsdale, AZ 85250
*Attorneys for Plaintiff*


By:     */s/L. Taylor*

*Rusing Lopez & Lizardi, P.L.L.C.*
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800