**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
pwaterkotte@rllaz.com
zkotzambasis@rllaz.com

Patricia V. Waterkotte
State Bar No. 029231
Zoey Kotzambasis
State Bar No. 034607
*Attorneys for Defendant, SBHU Life Agency, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| John V. Feneck,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SBHU Life Agency, Inc.,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-01473-ROS<br><br>**DEFENDANT SBHU LIFE AGENCY, INC.'S NOTICE OF SERVICE OF DISCOVERY REQUESTS**<br><br>(Assigned to Hon. Roslyn O. Silver) |

NOTICE IS HEREBY GIVEN, that pursuant L.R.Civ. 5.2, Defendant SBHU Life Agency, Inc. ("SBHU"), by and through undersigned counsel, served their First Set of Interrogatories, their First Requests for the Production, and their First Set of Requests for Admission on the Plaintiff via electronic means on July 31, 2025.

DATED this July 31, 2025.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Patricia V. Waterkotte*
Patricia V. Waterkotte
Zoey Kotzambasis
*Attorneys for Defendant, SBHU Life Agency, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this July 31, 2025 via Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to the following CM/ECF registrants:

**SILENCE LAW GROUP**
Jeff Silence
Jesse Ritchey
20235 N. Cave Creek Road, Ste 104 # 460
Phoenix, AZ 85024
jeff@silencelaw.com
jesse@silencelaw.com
*Attorneys for Plaintiff*

By:  */s/ J. Harris*

63695501.1    2