**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Jesse R. Ritchey** (034650)
Direct Dial: (602) 932-8747
Email: jesse@silencelaw.com
*Attorneys for John V. Feneck*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John V. Feneck,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SBHU Life Agency, Inc.,<br><br>　　　　Defendant. | Case No. 2:23-cv-01473-ROS<br><br>**NOTICE OF SERVICE OF RESPONSE TO DISCOVERY REQUESTS**<br><br>(Assigned to the Hon. Roslyn O. Silver) |

　　　Plaintiff John V. Feneck gives notice that on September 2, 2025, he served upon Defendant SBHU Life Agency, Inc. the following responses to discovery requests issues pursuant to the Federal Rules of Civil Procedure:

1. Plaintiff's Response to Defendant SBHU Life Agency Inc.'s Request for Admission (First Set);

2. Plaintiff's Response to Defendant SBHU Life Agency Inc.'s Requests for Production (First Set); and

3. Plaintiff's Response to Defendant SBHU Life Agency Inc.'s Interrogatories (First Set)

　　　These discovery responses responded to within the time prescribed by the Federal Rules of Civil Procedure.

1
2
3       DATED this 2nd day of September, 2025.
4                                   **Silence Law Group PLLC**
5
6                                   _/S/ Jesse R. Ritchey_
7                                   Jeffrey Silence
                                    Jesse R. Ritchey
8                                   _Attorneys for John V. Feneck_
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SILENCE LAW GROUP

*Certificate of Service*

I hereby certify that on 2nd day of September, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Patricia V. Waterkotte
Zoey Kotzambasis
Jesus Alonso
RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 N. Swan Rd., Suite 151
Tucson, AZ 85718
pwaterkotte@rllaz.com
zkotzambasis@rllaz.com
JAlonso@rllaz.com

/s/ Jesse R. Ritchey